# ELECTRONIC RECORD

*214-15*
*215-15*
*216-15*

COA #14-13-00682-CR

OFFENSE: Poss or Promotion of Child Pornography

STYLE: Mark Douglas Robison v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 351st District Court

DATE: January 22, 2015    Publish: Yes

TC CASE #:1324897

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Mark Douglas Robison v The State of Texas

CCA # _____

*214-15; 215-15; 216-15*

__APPELLANT'S__    Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

CCA Disposition: _____
DATE: _____

__REFUSED__

JUDGE: _____

DATE: __04/22/2015__

SIGNED: _____    PC: _____

JUDGE: __Per Curiam__

PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**